**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

---

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

             Plaintiff,

             v.

COCA-COLA BEVERAGES NORTHEAST,
INC.,

             Defendant.

---

Civil Action No.: 1:26-cv-115

**COMPLAINT**

**JURY TRIAL DEMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (male) and provide appropriate relief to male employees who have been adversely affected by these practices ("Aggrieved Individuals"). The United States Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Defendant Coca-Cola Beverages Northeast, Inc. ("Coca-Cola Northeast" or "Defendant") violated Title VII by denying male employees the same compensation, terms, conditions, or privileges of employment offered and provided to female employees. Specifically, Defendant excluded Charging Party, and a class of similarly aggrieved male employees, from an employer-sponsored trip and networking event based on sex.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-5(f)(1) and (3) ("Title VII") and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Hampshire.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     At all relevant times, Coca-Cola Northeast, a corporation under the laws of New Hampshire, has continuously been doing business in the State of New Hampshire, City of Londonderry, and has continuously had at least 15 employees.

5.      At all relevant times, Coca-Cola Northeast has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6.     More than thirty days prior to the institution of this lawsuit, EEOC Charge No. 523-2024-04316 was filed with the Commission alleging violations of Title VII by Defendant.

7.     On January 13, 2025, the Commission issued Defendant a Letter of Determination finding reasonable cause to believe that Defendant violated Title VII.

8.     The Commission invited Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

9.     The Commission engaged in communications with Defendant to provide it the opportunity to remedy the discriminatory practices described in the Letter of Determination.

10.    The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11.    On August 27, 2025, the Commission issued to Defendant a Notice of Failure of Conciliation on the above-noted charge.

12.    All conditions precedent to the institution of this lawsuit have been fulfilled.

### STATEMENT OF CLAIMS

13.    Since at least September 2024, Defendant has engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1), by subjecting male employees to discrimination on the basis of sex with respect to their compensation, terms, conditions, or privileges of employment.  Specifically:

a.  Defendant produces, sells, and distributes Coca-Cola brand beverages in seven states within the Northeast United States.

b.  Charging Party is a male production employee working at Defendant's Londonderry, New Hampshire facility.

c.  On September 10, 2024 and September 11, 2024, Defendant held an employer-sponsored trip and networking event at the Mohegan Sun and Casino in Connecticut.

d.  Defendant privately invited female employees to the event.

e.  Defendant did not invite male employees to the event.

f.  The event featured a social reception, team-building exercises and recreational activities.

g.  The event also provided participants the opportunity to hear from speakers, including Jennifer Mann, President of Coca-Cola North America Operating Unit, and corporate executives from other companies, who discussed their career paths.

h.  Defendant excused female employees who attended the event from their normal work duties on September 10 and 11, 2024 and paid them their normal salary or wages without requiring them to use vacation or other paid time off.

i.  Defendant paid for hotel room charges and taxes for female employees who stayed at the Mohegan Sun on September 10, 2024.

j.  Defendant provided other benefits to female employees who attended the event including, for example, food and/or beverages.

k.  Approximately 250 female employees attended the event.

l.  Charging Party and other male employees would have attended the event had they been invited.

m.  Defendant did not offer or provide male employees with any of the associated benefits of attendance.

n.  Male employees suffered damages as a result.

14.     Defendant's exclusion of male employees from attending and participating in the event on September 10, 2024 and September 11, 2024 constitutes a denial of equal compensation, terms, conditions, or privileges of employment on the basis of sex.

15.     The effect of the practices complained of above has been to deprive the Charging Party and similarly aggrieved male employees of equal employment opportunities and otherwise adversely affected their status as employees on the basis of sex.

16.     The unlawful employment practices complained of above were intentional.

17.     The unlawful employment practices complained of above were done with malice or reckless indifference to the federally protected rights of male employees.

## PRAYER FOR RELIEF

Wherefore the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in discrimination on the basis of sex.

B.    Order Defendant to institute and carry out policies, practices, and programs which provide male employees with equal access to employer-sponsored events, and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant to make the Charging Party and the similarly aggrieved male employees whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial;

D.    Order Defendant to make the Charging Party and the similarly aggrieved male employees whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain, suffering, inconvenience, mental anguish, and other nonpecuniary losses, in amounts to be determined at trial;

E.    Order Defendant to pay the Charging Party and the similarly aggrieved male employees punitive damages for the malicious and/or reckless indifference described above, in amounts to be determined at trial;

F.    Grant such further relief as the Court deems necessary and proper to the public interest; and

G.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint that are triable to a jury.

Dated: February 17, 2026

**FOR THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CATHERINE L. ESCHBACH**
Acting General Counsel

**CHRISTOPHER LAGE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
131 M Street, NE
Washington, D.C., 20507

/s/ Kimberly A. Cruz
**KIMBERLY A. CRUZ**
Regional Attorney

New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (929) 506-5345
Kimberly.Cruz@eeoc.gov

**ELIZABETH A. FIGUEIRA**
Assistant Regional Attorney

New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (929) 506-5357
Elizabeth.Figueira@eeoc.gov



**EDUMIN CORRALES**
Trial Attorney
Newark Area Office
Two Gateway Center, Suite 1703
283-299 Market Street
Newark, NJ 07102
Telephone: (862) 338-9424
Edumin.Corrales@eeoc.gov