**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> v. <br><br> COCA-COLA BEVERAGES NORTHEAST, INC., <br><br> Defendant. | Civil Action No. 1:26-cv-115-PB-AJ |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**COCA-COLA BEVERAGES NORTHEAST, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Coca-Cola Beverages Northeast, Inc. discloses that it is a wholly-owned subsidiary of Kirin Holdings Company, Ltd., a Japanese corporation, which has issued shares to the public.

Dated:  April 20, 2026

Respectfully submitted,

Coca-Cola Beverages Northeast, Inc.,

By their attorneys,

 /s/ Frederick B. Finberg
Frederick B. Finberg, Esquire
rfinberg@thebennettlawfirm.com
Peter Bennett, Esquire
pbennett@thebennettlawfirm.com

THE BENNETT LAW FIRM, P.A.
75 Market Street, Suite 201
Portland, ME  04101
207.773.4775 (Telephone)
207.774.2366 (Facsimile)

2

## CERTIFICATE OF SERVICE

I, Frederick B. Finberg, hereby certify that on April 20, 2026, I filed the foregoing via the

Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.


   /s/ Frederick B. Finberg

4921-7381-9811, v. 1